■ In the Matter of DANIEL RICHARD BROWN, an Attorney. [51 NYS3d 903]—

Per Curiam. Daniel Richard Brown was admitted to practice by this Court in 2014 and lists a business address in Chicago, Illinois with the Office of Court Administration. Brown now seeks leave to resign from the New York bar for nondisciplinary reasons (*see* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for

the Third Judicial Department advises that it does not oppose Brown's application.

Upon reading the affidavit of Brown sworn to October 11, 2016, and upon reading the correspondence in response by the Chief Attorney for the Attorney Grievance Committee for the Third Judicial Department, and having determined that Brown is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.

Egan Jr., J.P., Lynch, Devine, Clark and Aarons, JJ., concur. Ordered that Daniel Richard Brown's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further ordered that Daniel Richard Brown's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (*see generally* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further ordered that Daniel Richard Brown shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.